No. 12–5343. DOWELL v. GARCIA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–5344. WILLIAMS v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 12–5345. TONEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5347. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5348. WOOD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5350. WASHINGTON v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 12–5351. ZELLIS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 12–5352. YELVERTON v. DISTRICT OF COLUMBIA OFFICE OF BAR COUNSEL. C. A. D. C. Cir. Certiorari denied.

No. 12–5353. PRYOR v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 12–5355. GIRMA v. DEPARTMENT OF HOMELAND SECURITY. C. A. D. C. Cir. Certiorari denied.

No. 12–5356. SWANSBROUGH v. SCUTT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5358. GARNER v. JONES ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–5359. FLEMING v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5361. MIRALRIO REBOLLAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5362. SABER ET AL. v. BANK OF AMERICA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.